THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Christopher Lamonte Good,       
Appellant
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2003-UP-601
Submitted August 20, 2003  Filed October 
 20,2003   

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare , of Columbia, 
 for Appellant
Deputy Director for Legal Services, Legal Counsel Tommy 
 Evans, Jr. and Legal Counsel J. Benjamin Aplin, all of Columbia, for Respondent.
 
 
 

 PER CURIAM:  Christopher Lamonte 
 Good appeals the revocation of his probationary sentence.  On December 13, 2000, 
 Good pled guilty to assault with intent to kill.  The trial judge sentenced 
 Good to five years imprisonment, suspended upon the service of three years probation.  
 On August 30, 2002, the judge revoked Goods probation due to violations
Pursuant to Anders v. California, 
 386 U.S. 738 (1967), counsel for Good attached to the final brief a petition 
 to be relieved as counsel, stating she had reviewed the record and concluded 
 Goods appeal is without legal merit sufficient to warrant a new trial.  Good 
 did not file a separate pro se response.
After a thorough review of the record 
 pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 
 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 HEARN, C.J., CONNOR and ANDERSON, 
 JJ., concur.